**DISMISS; and Opinion Filed October 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00615-CV

### NOAM NIV, Appellant

### V.

### MEYER & COLEGROVE, PLLC, MILTON W. COLEGROVE, JR., AND CONTEMPORARY SOLUTIONS - USA D/B/A TEXAS PIONEER TITLE AGENCY, Appellees

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04528-2011**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Fillmore, and Justice Stoddart
Opinion by Justice Fillmore

No longer desiring to prosecute this appeal, appellant has filed a motion for dismissal.

*See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*, 43.2(f).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150615F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

NOAM NIV, Appellant

No. 05-15-00615-CV          V.

MEYER & COLEGROVE, PLLC,
MILTON W. COLEGROVE, JR., AND
CONTEMPORARY SOLUTIONS - USA
D/B/A TEXAS PIONEER TITLE
AGENCY, Appellees

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-04528-2011.
Opinion delivered by Justice Fillmore. Chief
Justice Wright and Justice Stoddart
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellees Meyer & Colegrove, PLLC, Milton W. Colegrove, Jr., and Contemporary Solutions - USA d/b/a Texas Pioneer Title Agency recover their costs, if any, of this appeal from appellant Noam Niv.

Judgment entered this 15th day of October, 2015.